FILED
CLERK, U.S. DISTRICT COURT
MAY - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN H. ALCALA, | No. CV 06-4003-JSL (PLA) |
| Petitioner, | ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION |
| v. | |
| A.K. SCRIBNER, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation, and the objections to the report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The final report and recommendation is adopted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 5/5/08

_Spencer Letts_
HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE