FILED
CLERK, U.S. DISTRICT COURT

MAY - 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHN H. ALCALA, | No. CV 06-4003-JSL (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| A.K. SCRIBNER, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 5/5/08

Spencer Letts
HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE